IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NANCY S., § | |
| § | |
|   PLAINTIFF, § | |
| § | |
| V. § | CASE NO. 3:22-CV-0429-D |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
|   DEFENDANT. § | |

## ORDER

The United States Magistrate Judge made findings, recommendations, and conclusions on September 7, 2023. Plaintiff filed an objection on September 21, 2023. Having reviewed *de novo* the portions of the magistrate judge's findings, recommendations, and conclusions to which plaintiff objects, and having reviewed the balance for plain error, the court adopts the magistrate judge's findings, recommendations, and conclusions.

**SO ORDERED**.

September 27, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE